IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGIE HARRIS, ADMINISTRATRIX FOR THE ESTATE OF AARON HARRIS | : : : | CIVIL ACTION |
| v. | : : | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | : : | NO. 20-1285 |

## ORDER

**AND NOW**, this 4th day of August, 2020, upon consideration of Defendant Allstate Vehicle and Property Insurance Company's ("Allstate") Motion to Dismiss Count II of the Complaint (Docket No. 4), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Count II of the Complaint is **DISMISSED** without prejudice.

3. Plaintiff's request for leave to file an amended complaint is **GRANTED**.

4. Plaintiff may file an amended complaint against Allstate on or before August 18, 2020, provided that she can cure the pleading deficiencies that we have identified in the accompanying Memorandum.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.